# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

American Wire Group, LLC

                      Plaintiff,

v.                                                    Case No.: 1:23–cv–04678
                                                           Honorable Lindsay C. Jenkins

WTEC Holdings Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The Court sets the following expert discovery deadlines. WTEC's expert disclosures and written report are due by March 3, 2025, and AWG's rebuttal expert disclosure and written report are due by April 17, 2025. All expert discovery shall conclude by May 16, 2025. The Court will set a dispositive motion briefing schedule at the conclusion of expert discovery. By May 5, 2025, the parties are to update the Court with a short status report that confirms expert discovery will close on time and which proposes a summary judgment briefing schedule. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.