UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

American Wire Group, LLC
          Plaintiff,

v.                  Case No.: 1:23−cv−04678
                 Honorable Lindsay C. Jenkins

WTEC Holdings Corp.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 7, 2025:

  MINUTE entry before the Honorable Lindsay C. Jenkins: : Plaintiff American Wire's motion for partial summary judgment [89] is denied. WTEC's motion for summary judgment [100] is granted in part and denied in part. It is granted as to Count III (breach of purchase order), Count V (breach of implied warranty of merchantability), and Count VI (breach of implied warranty of fitness for a particular purpose). It is denied as to Count II (breach of indemnification clause) and Count IV (breach of express warranty), which are the claims that remain for trial. See the attached order for more details. The court construes American Wire's motion to dismiss Count One of its Third Amended Complaint for declaratory judgment as a motion under Rule 15(a) for leave to amend. Taylor v. Brown, 787 F.3d 851, 857 (7th Cir. 2015). That motion [113] is granted. American Wire may file a Fourth Amended Complaint that omits Count One, which is effectively dismissed with prejudice. The matter is set for a telephonic status hearing on November 24, 2025 at 9:45 am to set a firm trial date. Prior to the hearing the parties must confer and be prepared to jointly propose three mutually agreeable dates so that the court can set a trial date. The court advises that it has availability for trial beginning in March 2026. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 855−244−8681, Access Code: 2302 225 8245. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.