**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

American Wire Group, LLC

                               Plaintiff,

v.                                                        Case No.: 1:23–cv–04678
                                                          Honorable Lindsay C. Jenkins

WTEC Holdings Corp.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

          MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for
leave to amend [140] is granted. See the attached order for further details. Count Four of
Plaintiff's Fourth Amended Complaint for breach of express warranty is dismissed with
prejudice. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.