**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| AMERICAN WIRE GROUP, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>WTEC HOLDINGS CORP. d/b/a WTEC ENERGY,<br><br><br>        Defendant. | Civil Action No. 1:23-cv-04678 |

**JOINT MOTION TO EXTEND THE**
**PROPOSED PRETRIAL ORDER FILING DEADLINE**

Plaintiff American Wire Group, LLC ("AWG"), and Defendant WTEC Holdings Corp. d/b/a WTEC Energy ("WTEC"), by their undersigned counsel, submit this Joint Motion to Extend the Proposed Pretrial Order Filing Deadline (the "Motion") and state:

1. This case is set for trial on August 31, 2026. The parties' proposed pretrial order is due tomorrow, July 31, 2026. (Dkt. 137.)

2. The parties have recently engaged in productive settlement discussions. In furtherance of those discussions, the parties jointly seek to extend the filing deadline for the proposed pretrial order by one (1) week to allow the parties to continue pursuing final settlement.

WHEREFORE, AWG and WTEC respectfully request the Court enter an Order: (a) granting this Motion; (b) extending the July 31, 2026, filing deadline for the proposed pretrial order by one (1) week to August 7, 2026; and (c) granting such other and further relief as the Court deems just.

2

Dated: July 30, 2026

FOX SWIBEL LEVIN & CARROLL LLP    KELLEY DRYE & WARREN LLP

By: _/s/ Richard S. Wilson_          By: _/s/ Mark A. Konkel_
    Daniel A. Dorfman                    Mark A. Konkel*
    Richard S. Wilson                    Benjamin Gilman*
    Fox, Swibel, Levin & Carroll, LLP    Alison Frimmel*
    200 W. Madison Street, Floor 30      3 World Trade Center
    Chicago, Illinois 60606              175 Greenwich Street
    P: (312) 224-1200                    New York, NY 10007
    ddorfman@foxswibel.com               P: (212) 808-7800
    rwilson@foxswibel.com                F: (212) 808-7897
                                         mkonkel@kelleydrye.com
    *Attorneys for Plaintiff*            bgilman@kelleydrye.com
                                         *Admitted Pro Hac Vice*

                                         *Attorneys for Defendant*

2

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 30, 2026, he caused the foregoing to be served on all counsel of record via the Court's CM/ECF system:

*/s/ Richard S. Wilson*